# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID JASKULSKI,**

       **Plaintiff,**

**-vs-**                                             **Case No. 6:10-cv-312-Orl-22GJK**

**BLUE MARTINI ORLANDO, LLC,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on the Parties' Renewed Joint Motion for Approval of Settlement (Doc. No. 25) filed on October 6, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 7, 2010 (Doc. No. 26) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Parties' Renewed Joint Motion for Approval of Settlement (Doc. No. 25) is GRANTED to the extent that Court finds the parties' settlement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

    4.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2010.

Copies furnished to:

Counsel of Record

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge